# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tri−Valley Corporation  
    Debtor

Bankruptcy Case No.: 12−12291−MFW

Bankruptcy Chapter: 7

Charles A. Stanziale Jr.

    Plaintiff

    vs.

Pacific States Electrical & Instrumentation Company

    Defendant(s)

Adv. Proc. No.: 14−50458−MFW

**JUDGMENT BY DEFAULT**

On , default was entered against defendant(s) . The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Pacific States Electrical & Instrumentation Company in the amount of $9,647.47.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 11/13/14

Clerk of Court

(VAN−433a)